PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Ronald Crandell**                                                  Docket No. 06-232

### Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Ronald Crandell**, who was placed under pretrial release supervision by the **Honorable Joseph A. Greenaway, Jr.** sitting in the Court at 2 Federal Square Newark, New Jersey, on September 19, 2007, under the following conditions:

1. House arrest with Electronic Monitoring
2. Travel restricted to New Jersey
3. Mental health treatment as required by Pretrial Services
4. Drug testing and treatment
5. Surrender passport and do not apply for passport.
6. Defendant to reside at Toller House Newark, New Jersey until he finds housing approved by Pretrial Services

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER A date be set for a bail review hearing

_Hearing date set for July 29, 2008 at 11:00 am._

ORDER OF COURT

Considered and ordered this _11th_ day of _July_, _08_ and ordered filed and made a part of the records in the above case.

_Joseph A. Greenaway, Jr_
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7/11/08_

_William Sobchik_
U.S. Pretrial Services Officer