# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RONALD CRANDELL,<br><br>　　　　Defendant. | Criminal Action No. 06-232 (JAG)<br><br>**ORDER** |

**GREENAWAY, JR., U.S.D.J.**

　　　　This matter comes before this Court on remand from the Third Circuit Court of Appeals on defendant Ronald Crandell's ("Defendant") motion to suppress evidence; and it appearing that this Court having reviewed the parties' submissions and having heard oral argument; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

　　　　IT IS on this 10th day of November, 2009,

　　　　ORDERED that Defendant's motion to suppress evidence of the weapon allegedly seized, contained within Defendant's first omnibus motion (Docket Entry No. 9), is GRANTED; and it is further

　　　　ORDERED that the remaining motions found within Defendant's first omnibus motion are HELD in abeyance; and it is further

　　　　ORDERED that a copy of this Order be served on the parties within seven (7) days of the entry of this Order.

　　　　　　　　　　　　　　　　　　　　　　　S/Joseph A. Greenaway, Jr.
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH A. GREENAWAY, JR., U.S.D.J.