IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-232 (SDW) |
| : | |
| RONALD CRANDELL, : | |
| : | ORDER |
| Defendant. : | |

AND now, this 6th day of May, 2010, upon the Motion To Dismiss of defendant Ronald Crandell, and with it the government having no objection, it is hereby ORDERED that Indictment in this matter be and hereby is DISMISSED.

The Clerk of Court is directed to close this case.

Susan D. Wigenton, J.